■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER E. STRAUTS, Appellant. [809 NYS2d 923]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered May 21, 2004. The judgment convicted defendant, upon a jury verdict, of driving while intoxicated as a felony (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him after a jury trial of two counts of driving while intoxicated as a felony (Vehicle and Traffic Law § 1192 [2], [3]; § 1193 [1] [c] [ii]). Contrary to defendant's contention, the verdict is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Defendant's further contention that County Court erred in taking judicial notice of the operation of a generator at the Oswego Public Safety Center is not preserved for our review (*see* CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Defendant also failed to preserve for our review his contention that the court failed to provide a meaningful response to an inquiry by the jury (*see* CPL 470.05 [2]) and, in any event, that contention lacks merit (*see generally People v Santi*, 3 NY3d 234, 248-249 [2004]).

We have reviewed defendant's remaining contentions and conclude that they are without merit. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Pine and Hayes, JJ.